Yi Lin Zheng, Esq.
Vegas Golden Law
500 Rose Street
Las Vegas, Nevada 89106
(702) 385-7170/Phone
Vegasgoldenlaw@gmail.com

Attorney for Charles McCall

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GONZALEZ, et al.,<br><br>　　　　　Defendant. | Case No. 2:25-cr-00170-GMN-BNW<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Yi Lin Zheng, counsel for Chales Wade McCall that the Court remove the location monitoring condition from McCall's conditions of pretrial release.

　　　　1.　　　　Since Mr. McCall's release on pretrial supervision on June 13, 2025, he has complied with all conditions of his supervision. He has consistently tested negative for drugs, completed his drug evaluation, and all non-family members have been removed from his home.

　　　　2.　　　　Recently, Mr. McCall was informed by his doctor that he will need an MRI scan, which cannot be performed while he is wearing an ankle monitor. Mr. McCall informed his pretrial officer as well as undersigned counsel of his medical need to have his ankle monitor removed, even if temporarily.

　　　　3.　　　　After discussion with government counsel, the parties now stipulate and request the Court to remove the location monitoring condition from the terms of pretrial release. Mr.

McCall has been compliant while on pretrial supervision and his supervising officer does not see any further benefit to location monitoring, condition 8 and 9.

This is the first stipulation to modify conditions filed herein.

DATED this 22nd day of August, 2025.

SIGAL CHATTAH
United States Attorney

By /s/ Joshua Brister
JOSHUA BRISTER
Assistant United States Attorney


VEGAS GOLDEN LAW

By /s/ Yi Lin Zheng
Yi Lin Zheng
Counsel for Charles Wade McCall

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00170-GMN-BNW |
| Plaintiff, | FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |
| v. | |
| GONZALEZ, et al., | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

4. Since Mr. McCall's release on pretrial supervision on June 13, 2025, he has complied with all conditions of his supervision. He has consistently tested negative for drugs, completed his drug evaluation, and all non-family members have been removed from his home.

5. Recently, Mr. McCall was informed by his doctor that he will need an MRI scan, which cannot be performed while he is wearing an ankle monitor. Mr. McCall informed his pretrial officer as well as undersigned counsel of his medical need to have his ankle monitor removed, even if temporarily.

6. After discussion with government counsel, the parties now stipulate and request the Court to remove the location monitoring condition from the terms of pretrial release. Mr. McCall has been compliant while on pretrial supervision and his supervising officer does not see any further benefit to location monitoring, condition 8 and 9.

## ORDER

1  IT IS THEREFORE ORDERED that the location monitoring conditions, conditions 8
2  and 9, be removed from the terms of Mr. McCall's pretrial release. All other conditions remain
3  in effect. Accordingly, the stipulation at ECF No. 71 is denied as moot.
4  DATED this __25__ day of August, 2025.

                                             _____
                                             UNITED STATES MAGISTRATE JUDGE